IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CASEY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:22-cv-03313-MDH |
| ) | |
| SOUTHWEST BAPTIST UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 39) wherein the parties stipulate and agree to the dismissal of this cause of action with prejudice, with each party to bear its own respective costs, expenses, and attorneys' fees.

WHEREFORE, after reviewing the Joint Stipulation of Dismissal, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear its own respective costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 27, 2023

                                                                                        */s/ Douglas Harpool*
                                                                                        **DOUGLAS HARPOOL**
                                                                                    **UNITED STATES DISTRICT JUDGE**